IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02522-KMT
_____

REBECCA KEITH,

    Plaintiff,

v.

COMMITTEE FOR CATHOLIC SECONDARY
EDUCATION IN COLORADO SPRINGS, a Colorado
Nonprofit Corporation d/b/a ST. MARY'S HIGH SCHOOL,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

    COME NOW the Parties through undersigned counsel and hereby stipulate to the dismissal of this action with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

    Respectfully submitted this 9th day of July, 2020.

| | |
|---|---|
| *s/ Ian D. Kalmanowitz* | *s/ Amanda E. Bauer* |
| Ian D. Kalmanowitz | Alice Conway Powers |
| Cornish & Dell'Olio, P.C. | Amanda E. Bauer |
| 431 N. Cascade Ave., Ste. 1 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| Colorado Springs, CO 80903 | 1700 Lincoln Street, Suite 4000 |
| Tel: 719-475-1204 | Denver, Colorado 80203 |
| ikalmanowitz@cornishanddellolio.com | Phone: (303) 861-7760 |
| | Email: Alice.Powers@lewisbrisbois.com |
| **Attorney for Plaintiff** | Email: Amanda.Bauer@lewisbrisbois.com |
| | **Attorneys for Defendant** |